IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SHEPHERD | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-04541 |
| | § | |
| DENNIS WAYNE TOLLETT | § | JURY DEMAND |

**DEFENDANT DENNIS WAYNE TOLLETT'S JURY DEMAND**
_____

Defendant Dennis Wayne Tollett hereby demands a trial by jury of all issues pursuant to Federal Rule of Civil Procedure 38.

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

/s/ Travis Hookham
_____

**NICK LANZA**
*Attorney in Charge*
TBA No. 11941225
Federal Bar No. 11333
**W. TRAVIS HOOKHAM**
TBA No. 24115491
Federal Bar No. 3855334
2502 Algerian Way
Houston, Texas 77098
**eservice@lanzalawfirm.com**
**thookham@lanzalawfirm.com**
(713) 432-9090 Telephone
(713) 668-6417 Facsimile

ATTORNEYS FOR DEFENDANT

2

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of this document was sent to all known counsel of record on November 25th, 2024.

*/s/ W. Travis Hookham*

W. TRAVIS HOOKHAM