UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID SHEPHERD** *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-4541 |
| **DENNIS WAYNE TOLLETT** *Defendant.* | § § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL & REMOVAL OF FORMER COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Faizan Ghaznavi of the Law Office of Richard L. Barton, III, PLLC hereby enters his appearance as additional counsel for Plaintiff, David Shepherd, in this action. Additionally, please take notice that attorney Jacquelyn Khanich is no longer with the Law Office of Richard L. Barton, III, PLLC and no longer represents Plaintiff, Shepherd, in this action.

Respectfully submitted,

**LAW OFFICE OF RICHARD L. BARTON, III, PLLC**

By:   /s/ *Faizan Ghaznavi*
**RICHARD "TREY" BARTON, III**
SBN: 24089982
Email: trey@treybartonlaw.com
**FAIZAN GHAZNAVI**
SBN: 24127475
Email: faizan@treybartonlaw.com
4151 Southwest Freeway, Suite 675
Houston, Texas 77027
(832) 916-2526
Fax: (832) 916-2646
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing instrument was electronically served to all counsels and/or parties of record on this the 2nd day of January, 2025.

Nick Lanza
Travis Hookham
LANZA LAW GROUP, P.C.
2502 Algerian Way
Houston, Texas 77098

             */s/ Faizan Ghaznavi*
             **Faizan Ghaznavi**