UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID SHEPHERD** <br> *Plaintiff,* <br><br> v. <br><br> **DENNIS WAYNE TOLLETT** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO. 4:24-cv-4541** |

## LIST OF INTERESTED PARTIES

**PLAINTIFF**
DAVID SHEPHERD

**ATTORNEY FOR PLAINTIFF**
Faizan Ghaznavi
Bar No. 24127475
Southern District of Texas No. 3857786
faizan@treybartonlaw.com
THE LAW OFFICE OF RICHARD L. BARTON, III, PLLC
4151 Southwest Freeway, Suite 675
Houston, Texas 77027
(832) 916-2526
(832) 916-2646- Facsimile

Richard "Trey" Barton, III,
Bar No. 24089982
Southern District of Texas No. 2421910
trey@treybartonlaw.com
THE LAW OFFICE OF RICHARD L. BARTON, III, PLLC
4151 Southwest Freeway, Suite 675
Houston, Texas 77027
(832) 916-2526
(832) 916-2646- Facsimile

**DEFENDANT**
DENNIS WAYNE TOLLETT

**ATTORNEYS FOR DEFENDANT**

NICK LANZA
*Attorney in Charge*
TBA No. 11941225
Federal Bar No. 11333
W. TRAVIS HOOKHAM
TBA No. 24115491
Federal Bar No. 3855334
2502 Algerian Way
Houston, Texas 77098
**eservice@lanzalawfirm.com**
**thookham@lanzalawfirm.com**
(713) 432-9090 Telephone
(713) 668-6417 Facsimile

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

_____
**NICK LANZA**
*Attorney in Charge*
TBA No. 11941225
Federal Bar No. 11333
**W. TRAVIS HOOKHAM**
TBA No. 24115491
Federal Bar No. 3855334
2502 Algerian Way
Houston, Texas 77098
**eservice@lanzalawfirm.com**
**thookham@lanzalawfirm.com**
(713) 432-9090 Telephone
(713) 668-6417 Facsimile
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this document was sent to all known counsel of record on January 16, 2025.

_____
W. TRAVIS HOOKHAM