UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAVID SHEPHERD** § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-cv-4541 |
| § | |
| **DENNIS WAYNE TOLLETT** § | |
| *Defendant.* § | |

PLAINTIFF DAVID SHEPHERD'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, David Shepherd ("Plaintiff") provides the following information:

1. **The following is a list identifying all known attorneys of record and all persons or entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations:**

   a.   David Shepherd
        c/o Richard "Trey" Barton, III
        State Bar No. 24089982
        S.D. Tex. No.: 2421910
        Faizan Ghaznavi
        State Bar No. 24127475
        S.D. Tex. No. 3857786
        4151 Southwest Freeway, Suite 675
        Houston, Texas 77027
        Ph: (832) 916-2526
        Fx:      (832) 916-2646
        Email: trey@treybartonlaw.com
        Email: faizan@treybartonlaw.com

        Mr. Shepherd is an individual, residing in Harris County, Texas

   b.   Faizan Ghaznavi, Attorney in Charge of Plaintiff, David Shepherd,
        Bar No. 24127475
        S.D. Tex. No. 3857786
        faizan@treybartonlaw.com
        THE LAW OFFICE OF RICHARD L. BARTON, III, PLLC

        4151 Southwest Freeway, Suite 675
        Houston, Texas 77027
        (832) 916-2526
        (832) 916-2646- Facsimile

c.  Richard "Trey" Barton, III,
    Bar No. 24089982
    S.D. Tex. No. 2421910
    trey@treybartonlaw.com
    THE LAW OFFICE OF RICHARD L. BARTON, III, PLLC
    4151 Southwest Freeway, Suite 675
    Houston, Texas 77027
    (832) 916-2526
    (832) 916-2646- Facsimile

d.  DENNIS WAYNE TOLLETT
    c/o NICK LANZA
    *Attorney in Charge*
    TBA No. 11941225
    Federal Bar No. 11333
    W. TRAVIS HOOKHAM
    TBA No. 24115491
    Federal Bar No. 3855334
    2502 Algerian Way
    Houston, Texas 77098
    **eservice@lanzalawfirm.com**
    **thookham@lanzalawfirm.com**
    (713) 432-9090 Telephone
    (713) 668-6417 Facsimile

                                                  Respectfully submitted,

                                                  **LANZA LAW FIRM, P.C.**
                                                  */s/ Travis Hookham*
                                                  **NICK LANZA**
                                                  *Attorney in Charge*
                                                  TBA No. 11941225
                                                  Federal Bar No. 11333
                                                  **W. TRAVIS HOOKHAM**
                                                  TBA No. 24115491
                                                  Federal Bar No. 3855334
                                                  2502 Algerian Way
                                                  Houston, Texas 77098
                                                  **eservice@lanzalawfirm.com**
                                                  **thookham@lanzalawfirm.com**
                                                  (713) 432-9090 Telephone

(713) 668-6417 Facsimile
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served to all counsel of record in accordance with the Federal Rules of Civil Procedure on January 23, 2024

        Travis Hookhan
        2502 Algerian Way
        Houston, Texas 77098
        **eservice@lanzalawfirm.com**
        **thookham@lanzalawfirm.com**

                                        */s/ Faizan Ghaznavi*
                                        **Faizan Ghaznavi**