Case 4:24-cv-04541   Document 10   Filed on 02/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

David Shepherd, §
§
Plaintiff(s), §
§
v. § Civil Action No. 4:24-cv-04541
§
Dennis Wayne Tollett, §
§
Defendant(s). §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge preside over all further proceedings, including the trial and entry of final judgment pursuant to 28 U.S.C. § 636(c).

_[signature]_     _[signature]_

## ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge

Richard W. Bennett

to conduct all further proceedings, including final judgment.

February 20, 2025
Date

_[signature]_
Kenneth M. Hoyt
United States District Judge