UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID SHEPHERD**<br>*Plaintiff,* | § § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:24-cv-4541** |
| **DENNIS WAYNE TOLLETT**<br>*Defendant.* | § § § § | |

**DEFENDANT DENNIS WAYNE TOLLETT'S
RULE 26(a)(1) INITIAL DISCLOSURES**

To:   Plaintiff, David Shepherd by and through his attorneys of record, Richard "Trey" Barton, III and Faizan Ghaznavi, Law Office of Richard L. Barton, III, PLLC, 4151 Southwest Freeway, Suite 675, Houston, Texas 77027.

COMES NOW **DENNIS WAYNE TOLLETT** ("Defendant"), in the above-styled

and numbered cause, and submits this, his Initial Disclosures.

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

NICK LANZA
TBA No. 11941225
**W. TRAVIS HOOKHAM**
TBA No. 24115491
LANZA LAW FIRM, P.C.
2502 Algerian Way
Houston, TX 77098
eservice@lanzalawfirm.com
thookham@lanzalawfirm.com
(713) 432-9090 Telephone
(713) 668-6417 Facsimile
**ATTORNEYS FOR DEFENDANT,
DENNIS WAYNE TOLLETT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was sent to all known counsel of record on the 25th day of February, 2025, as indicated:

Faizan Ghaznavi                         ***Via Email:*** faizan@treybartonlaw.com
Richard "Trey" Barton, III
LAW OFFICE OF RICHARD L. BARTON, III, PLLC
4151 Southwest Freeway, Suite 675
Houston, TX 77027

**W. TRAVIS HOOKHAM**

## DEFENDANT'S INITIAL DISCLOSURES

(A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

**DAVID SHEPHERD**
c/o FAIZAN GHAZNAVI
AND RICHARD "TREY" BARTON, III
LAW OFFICE OF RICHARD L. BARTON, III, PLLC
4151 Southwest Freeway, Suite 675
Houston, Texas 77027
T: (832) 916-2526
*Plaintiff*

**DENNIS WAYNE TOLLETT**
c/o W. TRAVIS HOOKHAM
AND NICK LANZA
LANZA LAW FIRM
2502 Algerian Way
Houston, Texas 77098
T: (713) 432-9090
*Defendant*

**COLLEEN TOLLETT**
c/o W. TRAVIS HOOKHAM
AND NICK LANZA
LANZA LAW FIRM
2502 Algerian Way
Houston, Texas 77098
T: (713) 432-9090
*Defendant's spouse and passenger in the vehicle involved in the subject accident.*

**JESUS EDUARDO HURTADO**
114 E 32nd Street
Houston, Texas 77018
*Driver of a vehicle also involved in the subject accident.*

**OFFICER M. GREEN, ID NO. 9994**
Houston Police Department
1200 Travis Street
Houston, Texas 77002

T: (713) 884-3131
*Investigating officer at the scene.*

**Any treating physicians, health care providers, medical care facilities, clinics, hospitals and custodian(s) of medical/billing/radiological records, involved in the care, medical evaluation and treatment of Plaintiff, with knowledge of his medical condition prior to and/or following the incident in question, including:**

**THE HEIGHTS HOSPITAL**
1917 Ashland Street
Houston, Texas 77008
T: (346) 396-1314
Plaintiff's medical provider.

**CHIROMAX WELLNESS CENTER, INC.**
5324 North Freeway, Suite 120
Houston, Texas 77022-1851
T: (713) 691-8355
Plaintiff's medical provider.

**TEXAS REGIONAL CLINIC**
8301 Katy Freeway, Suite 101
Houston, Texas 77024
T: (713) 489-1741
Plaintiff's medical provider.

**TRC ORTHO CLINIC 1900**
1900 N. Loop West, Suite 670
Houston, Texas 77018
T: (713) 489-1741
Plaintiff's medical provider.

**MEMORIAL MRI & DIAGNOSTICS**
1900 N. Loop West #160
Houston, Texas 77018-8100
T: (713) 461-3399
Plaintiff's medical provider.

(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**RESPONSE:**

| Progressive Policy No. 70856977 | TOLLETT 000001-000003 |
| Texas Peace Officer's Crash Report | TOLLETT 000004-000012 |
| Photos | TOLLETT 000013-000130 |
| Transcribed Report of Loss | TOLLETT 000131-000134 |
| Recorded Statement of Dennis Tollett | TOLLETT 000135 |

**Please use the following link to access the production:** [Shepherd v. Tollett - Production](#)

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

**The Defendant is not seeking any economic damages.**

(D)     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

**RESPONSE:**

**See the Declarations Page produced herein and bates-labeled TOLLETT 000001-000003.**