UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID SHEPHERD** <br> *Plaintiff,* <br><br> v. <br><br> **DENNIS WAYNE TOLLETT** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO. 4:24-cv-4541** |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff and Defendant and hereby announces to the Court that all matters of controversy between Plaintiff, David Shepherd and Defendant, Dennis Wayne Tollett, have been fully settled and compromised, Plaintiff and Defendant jointly request an order be entered dismissing all claims asserted between them, with prejudice. Each party shall bear the costs of court incurred by it.

FOR THESE REASONS, Plaintiff, David Shepherd, and Defendant, Dennis Wayne Tollett, respectfully request that an order be entered dismissing all claims between them in this cause, with prejudice, without cost to either party as against the other.

[Signature block to follow]

Respectfully submitted,

_/s/ Faizan Ghaznavi_
**Faizan Ghaznavi**
TBA No.: 24127475
LAW OFFICE OF RICHARD L. BARTON, III, PLLC
4151 Southwest Freeway, Suite 675
Houston, TX 77027
faizan@treybartonlaw.com
Tel: (832) 916-2526
Fax: (832) 916-2646
**ATTORNEYS FOR PLAINTIFF,
DAVID SHEPHERD**

AND

**LANZA LAW FIRM, P.C.**

**NICK LANZA**
TBA No. 11941225
**W. TRAVIS HOOKHAM**
TBA No. 24115491
2502 Algerian Way
Houston, TX 77098
eservice@lanzalawfirm.com
thookham@lanzalawfirm.com
(713) 432-9090 Telephone
(713) 668-6417 Facsimile
**ATTORNEYS FOR DEFENDANT,
DENNIS WAYNE TOLLETT**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this document was sent to all known counsel of record on the 18th day of December 2025, as indicated below:

| | |
|---|---|
| **Faizan Ghaznavi**<br>LAW OFFICE OF RICHARD L. BARTON, III, PLLC<br>4151 Southwest Freeway, Suite 675<br>Houston, TX 77027 | *Via:* [faizan@treybartonlaw.com](mailto:faizan@treybartonlaw.com) |

_____
**W. TRAVIS HOOKHAM**