UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID SHEPHERD** <br> *Plaintiff,* <br><br> v. <br><br> **DENNIS WAYNE TOLLETT** <br> *Defendant.* | § § § § § § § § | **CIVIL ACTION NO. 4:24-cv-4541** |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiff, David Shepherd and Defendant, Dennis Wayne Tollett, have announced that all matters of controversy between Plaintiff and Defendant have been fully settled and compromised. It is therefore;

ORDERED that all claims asserted by Plaintiff against Defendant, Dennis Wayne Tollett in this cause are dismissed with prejudice. It is further;

ORDERED that all costs shall be taxed to the party incurring same.

SIGNED this _____ day of _____, 2025.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

**LAW OFFICE OF RICHARD L. BARTON, III, PLLC**

*/s/ Faizan Ghaznavi*
**Faizan Ghaznavi,** TBA No.: 24127475
4151 Southwest Freeway, Suite 675
Houston, Texas 77027
**ATTORNEYS FOR PLAINTIFF**
**DAVID SHEPHERD**