UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID SHEPHERD** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:24-cv-4541** |
| | § | |
| **DENNIS WAYNE TOLLETT** | § | |
| *Defendant.* | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiff, David Shepherd and Defendant, Dennis Wayne Tollett, have announced that all matters of controversy between Plaintiff and Defendant have been fully settled and compromised. It is therefore;

ORDERED that all claims asserted by Plaintiff against Defendant, Dennis Wayne Tollett in this cause are dismissed with prejudice. It is further;

ORDERED that all costs shall be taxed to the party incurring same.

SIGNED this __18th__ day of __December__, 2025.

_____
Richard W. Bennett
United States Magistrate Judge